445 A.2d 228

Self et al., Appellants v. Zinberg et al.

Argued May 12, 1981. Edward C. Harkin, for appellants; Joel Paul Fishbein, for appellees.

Before MONTEMURO, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

445 A.2d 228

Turner, Appellant v. Bruce.

Petition for Allowance of Appeal Denied Sept. 14, 1982.

Argued March 23, 1981. John J. Krafsig, Jr., for appellant; Howard B. Krug, for appellee.

Before PRICE, WIEAND and LIPEZ, JJ.

Order affirmed.